```
Lawrence J. Gornick (SBN 136290)
Emily Charley (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, California 94104
Tel: (415) 646-7160
Fax: (415) 981-1270
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HORTON, <br><br> Plaintiff, <br><br> vs. <br><br> ELI LILLY AND COMPANY, <br><br> Defendant. | No. C 05 5152 CRB <br><br> Before the Honorable CHARLES R. BREYER <br><br> [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE <br><br> Conference Date: MARCH 17, 2006 <br> Conference Time: 8:30 a.m. <br> Location: Courtroom 8, 19TH fl. |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the MARCH 17, 2006 Case Management Conference ("CMC") to __July 21, 2006__, at __8:30 a.m.__. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED:   March 16, 2006

_____
HONORABLE CHARLES R. BREYER
United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court Northern District of California]*

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1